# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | No. 1:17-CV-130 | |
| § | | |
| **(1) REAL PROPERTY LOCATED AT** § | | |
| **6140 EASTEX FREEWAY, BEAUMONT,** § | | |
| **JEFFERSON COUNTY, TEXAS, INCLUDING** § | | |
| **ALL BUILDINGS, APPURTENANCES, AND** § | | |
| **IMPROVEMENTS THEREON;** § | | |
| **(2) REAL PROPERTY LOCATED AT** § | | |
| **3585 CANYON LANE, BEAUMONT,** § | | |
| **JEFFERSON COUNTY, TEXAS, INCLUDING** § | | |
| **ALL BUILDINGS, APPURTENANCES, AND** § | | |
| **IMPROVEMENTS THEREON;** § | | |
| **(3) REAL PROPERTY LOCATED AT** § | | |
| **5269 WESTGATE, LUMBERTON, HARDIN** § | | |
| **COUNTY, TEXAS, INCLUDING ALL** § | | |
| **BUILDINGS, APPURTENANCES, AND** § | | |
| **IMPROVEMENTS** § | | |
| **THEREON; AND** § | | |
| **(4) REAL PROPERTY LOCATED AT** § | | |
| **4320 CHRISTINA COURT, BEAUMONT,** § | | |
| **JEFFERSON COUNTY, TEXAS, INCLUDING** § | | |
| **ALL BUILDINGS, APPURTENANCES, AND** § | | |
| **IMPROVEMENTS THEREON;** § | | |
| **(5) REAL PROPERTY LOCATED AT** § | | |
| **9520 MAPES, BEAUMONT, JEFFERSON** § | | |
| **COUNTY, TEXAS, INCLUDING ALL** § | | |
| **BUILDINGS, APPURTENANCES, AND** § | | |
| **IMPROVEMENTS THEREON;** § | | |
| **(6) REAL PROPERTY LOCATED AT** § | | |
| **6215 GRACEMOUNT, BEAUMONT,** § | | |
| **JEFFERSON COUNTY, TEXAS, INCLUDING** § | | |
| **ALL BUILDINGS, APPURTENANCES, AND** § | | |
| **IMPROVEMENTS THEREON;** § | | |
| **(7) REAL PROPERTY LOCATED AT** § | | |
| **3655 GRAYSON, BEAUMONT, JEFFERSON** § | | |
| **COUNTY, TEXAS, INCLUDING ALL** § | | |

| | |
|---|---|
| BUILDINGS, APPURTENANCES, AND IMPROVEMENTS THEREON; | § § |
| (8) REAL PROPERTY LOCATED AT 1355 11TH N, BEAUMONT, JEFFERSON COUNTY, TEXAS, INCLUDING ALL BUILDINGS, APPURTENANCES, AND IMPROVEMENTS THEREON; | § § § § § § |
| (9) REAL PROPERTY LOCATED AT 1502 CALDER, BEAUMONT, JEFFERSON COUNTY, TEXAS, INCLUDING ALL BUILDINGS, APPURTENANCES, AND IMPROVEMENTS THEREON; | § § § § § § |
| (10) REAL PROPERTY LOCATED AT 460 COTTONGRASS, TETON COUNTY, IDAHO, INCLUDING ALL BUILDINGS, APPURTENANCES, AND IMPROVEMENTS THEREON; | § § § § § § |
| (11) REAL PROPERTY LOCATED AT 5 ESTATES OF MONTCLAIRE, BEAUMONT, JEFFERSON COUNTY, TEXAS, INCLUDING ALL BUILDINGS, APPURTENANCES, AND IMPROVEMENTS THEREON; | § § § § § § |
| (12) REAL PROPERTY LOCATED AT 18428 N 14TH, PHOENIX, MARICOPA COUNTY, ARIZONA, INCLUDING ALL BUILDINGS, APPURTENANCES, AND IMPROVEMENTS THEREON; | § § § § § § |
| (13) $230,000 IN UNITED STATES CURRENCY | § § |
| **Defendants.** | § |

# UNITED STATES'S STATUS REPORT

In accordance with the Court's Order granting the Motion to Stay, Dkt. No. 14, the United States respectfully submits this status report. The criminal investigation remains ongoing. The parties still anticipate the immediate civil forfeiture case moving forward may burden the government's ability to expeditiously resolve the criminal matter. Based on progress of discussions between the government and the individual claimants, the

government anticipates the issues underlying the civil forfeiture will be addressed in their entirety by the criminal matter within the next sixty (60) days.

    Respectfully submitted,

    BRIT FEATHERSTON
    ACTING UNITED STATES ATTORNEY

    */s/    Robert Austin Wells*
    ROBERT AUSTIN WELLS
    Assistant United States Attorney
    Texas State Bar No. 24033327
    110 N. College, Suite 700
    Tyler, Texas  75702
    Tel:   (903) 590-1400
    Fax:   (903) 590-1437
    Email: robert.wells3@usdoj.gov

    JAMES G. GILLINGHAM
    Assistant United States Attorney
    Texas State Bar No. 24065295
    110 N. College, Suite 700
    Tyler, Texas  75702
    Tel:   (903) 590-1400
    Fax:   (903) 590-1437
    Email: James.Gillingham@usdoj.gov

    ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

  I hereby certify on this 21st day of December, 2017, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

            */s/ Robert Austin Wells*
            ROBERT AUSTIN WELLS
            Assistant United States Attorney