## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 1:17-CV-130** |
| | § | |
| **(1) REAL PROPERTY LOCATED AT** | § | |
| **6140 EASTEX FREEWAY, BEAUMONT,** | § | |
| **JEFFERSON COUNTY, TEXAS, INCLUDING** | § | |
| **ALL BUILDINGS, APPURTENANCES, AND** | § | |
| **IMPROVEMENTS THEREON;** | § | |
| **(2) REAL PROPERTY LOCATED AT** | § | |
| **3585 CANYON LANE, BEAUMONT,** | § | |
| **JEFFERSON COUNTY, TEXAS, INCLUDING** | § | |
| **ALL BUILDINGS, APPURTENANCES, AND** | § | |
| **IMPROVEMENTS THEREON;** | § | |
| **(3) REAL PROPERTY LOCATED AT** | § | |
| **5269 WESTGATE, LUMBERTON, HARDIN** | § | |
| **COUNTY, TEXAS, INCLUDING ALL** | § | |
| **BUILDINGS, APPURTENANCES, AND** | § | |
| **IMPROVEMENTS** | § | |
| **THEREON; AND** | § | |
| **(4) REAL PROPERTY LOCATED AT** | § | |
| **4320 CHRISTINA COURT, BEAUMONT,** | § | |
| **JEFFERSON COUNTY, TEXAS, INCLUDING** | § | |
| **ALL BUILDINGS, APPURTENANCES, AND** | § | |
| **IMPROVEMENTS THEREON;** | § | |
| **(5) REAL PROPERTY LOCATED AT** | § | |
| **9520 MAPES, BEAUMONT, JEFFERSON** | § | |
| **COUNTY, TEXAS, INCLUDING ALL** | § | |
| **BUILDINGS, APPURTENANCES, AND** | § | |
| **IMPROVEMENTS THEREON;** | § | |
| **(6) REAL PROPERTY LOCATED AT** | § | |
| **6215 GRACEMOUNT, BEAUMONT,** | § | |
| **JEFFERSON COUNTY, TEXAS, INCLUDING** | § | |
| **ALL BUILDINGS, APPURTENANCES, AND** | § | |
| **IMPROVEMENTS THEREON;** | § | |
| **(7) REAL PROPERTY LOCATED AT** | § | |
| **3655 GRAYSON, BEAUMONT, JEFFERSON** | § | |
| **COUNTY, TEXAS, INCLUDING ALL** | § | |

BUILDINGS, APPURTENANCES, AND §
IMPROVEMENTS THEREON; §
(8) REAL PROPERTY LOCATED AT §
1355 11TH N, BEAUMONT, JEFFERSON §
COUNTY, TEXAS, INCLUDING ALL §
BUILDINGS, APPURTENANCES, AND §
IMPROVEMENTS THEREON; §
(9) REAL PROPERTY LOCATED AT §
1502 CALDER, BEAUMONT, JEFFERSON §
COUNTY, TEXAS, INCLUDING ALL §
BUILDINGS, APPURTENANCES, AND §
IMPROVEMENTS THEREON; §
(10) REAL PROPERTY LOCATED AT §
460 COTTONGRASS, TETON COUNTY, §
IDAHO, INCLUDING ALL BUILDINGS, §
APPURTENANCES, AND IMPROVEMENTS §
THEREON; §
(11) REAL PROPERTY LOCATED AT §
5 ESTATES OF MONTCLAIRE, BEAUMONT, §
JEFFERSON COUNTY, TEXAS, INCLUDING §
ALL BUILDINGS, APPURTENANCES, AND §
IMPROVEMENTS THEREON; §
(12) REAL PROPERTY LOCATED AT §
18428 N 14TH, PHOENIX, MARICOPA §
COUNTY, ARIZONA, INCLUDING ALL §
BUILDINGS, APPURTENANCES, AND §
IMPROVEMENTS THEREON; §
(13) $230,000 IN UNITED STATES CURRENCY §
§
**Defendants.** §

## UNITED STATES OF AMERICA'S NOTICE
## REGARDING STATUS OF CRIMINAL INVESTIGATION

In accordance with the Court's July 9, 2018 Order, Dkt. No. 22, the United States respectfully submits this report regarding the status of the United States' criminal investigation and whether the stay of proceedings in this case should continue.

Although the United States intended to resolve the criminal investigation and, by extension, this civil forfeiture, by September 1, 2018, the process has taken longer than

expected.  Based on recent discussions with the Criminal AUSA, the United States now believes that the criminal matter should be resolved on or before November 6, 2018.

If the Court lifts the stay, the immediate civil forfeiture case potentially burdens the United States' ability to finally resolve the criminal matter. Based on progress of discussions in the criminal case, the United States anticipates resolving the issues underlying the civil forfeiture by a pre-indictment disposition. For this reason, the United States respectfully requests that this Honorable Court extend the stay up to and including November 6, 2018.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/      Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney
Texas State Bar No. 24033327
110 N. College, Suite 700
Tyler, Texas  75702
Tel:    (903) 590-1400
Fax:    (903) 590-1437
Email: robert.wells3@usdoj.gov

James G. Gillingham
Assistant United States Attorney
Texas State Bar No. 24065295
110 N. College, Suite 700
Tyler, Texas  75702
Tel:    (903) 590-1400
Fax:    (903) 590-1437
Email: James.Gillingham@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on this 4th day of September, 2018, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

*/s/      Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney