| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:17-CV-130
§
REAL PROPERTY LOCATED AT §
6140 EASTEX FREEWAY, BEAUMONT, §
JEFFERSON COUNTY, TEXAS, §
INCLUDING ALL BUILDINGS, §
APPURTENANCES, AND §
IMPROVEMENTS, *et al.*, §
§
    Defendants. §

**FINAL JUDGMENT OF FORFEITURE**

    The remaining parties filed their Motion for Entry of Final Judgment of Forfeiture (*#29*). They request that the Court enter a final judgment of forfeiture as to the remaining defendant currency pursuant to the parties' Stipulation and Settlement Agreement.

    The Court ORDERS that the Motion for Entry of Final Judgment of Forfeiture (*#29*) is GRANTED. The Court further ORDERS that pursuant to the agreement of the parties, and for good cause shown, $230,100.00 in United States currency ("Defendant Property") is forfeited in its entirety to the United States. All other claims and interests in and to the Defendant Property are forever foreclosed and barred. The Defendant Property is to be disposed of according to law. The Court adopts and approves the Stipulation and Settlement Agreement (*#29-1*) entered into by the United States and Larry Tillery.

This civil forfeiture action is DISMISSED with prejudice, with each party to bear its own fees and expenses. The Court retains jurisdiction to enforce the settlement. The Clerk is directed to CLOSE this case.

SIGNED at Beaumont, Texas, this 1st day of March, 2019.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE